Date\Time: 2/10/2022 3:01:24 PM
Institution: ADM

# ODOC
## Offender Statement Report

| Offender# | Offender/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| 0634241 | NOLEN, ALTON | OSP | UNIT H SW | QUAD 4 SW4B-CELL D-BED 2 |

### Transaction List

| Transaction Date | Transaction Type | Source Document # | Receipt#/Check# | Sender Name | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 08/01/2021 | BEGINNING BALANCE | | | | | $388.24 |
| 08/22/2021 | JPAY | 0000000134261921 | | NOLEN, MEGAN | $50.00 | $438.24 |
| 08/31/2021 | GANG PAY | | | | $14.45 | $452.69 |
| 09/30/2021 | GANG PAY | | | | $14.45 | $467.14 |
| 10/31/2021 | GANG PAY | | | | $14.45 | $481.59 |
| 11/01/2021 | SALES | 202 | | | ($86.89) | $394.70 |
| 11/30/2021 | GANG PAY | | | | $14.45 | $409.15 |
| 12/31/2021 | GANG PAY | | | | $14.45 | $423.60 |
| 01/31/2022 | GANG PAY | | | | $14.45 | $438.05 |

### Summary Balances

| Available Balance | Savings Balance | Debt Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|
| $324.70 | $113.35 | $0.00 | $0.00 | $0.00 | $0.00 | $438.05 |

Date\Time: 2/10/2022 3:01:24 PM
Institution: ADM

# ODOC
## Offender Statement Report

| Start Date: | 8/1/2021 | End Date: | 2/10/2022 |
|---|---|---|---|
| Offender/Group#: | 0634241 | Offender/Group Name: | NOLEN, ALTON A |
| Unit: | All | | |

1