# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALTON NOLEN, | |
| Petitioner, | Case No. CIV-22-272-F |
| v. | Judge Stephen P. Friot |
| JIM FARRIS, Warden, Oklahoma State Penitentiary, | |
| Respondent. | |

## ORDER

Petitioner has filed a motion for extension of time to file a petition for a writ of habeas corpus. Doc. no. 16. The motion recites various actions said to have been taken, affecting Mr. Nolen, by the Oklahoma Supreme Court. Doc. no. 16, at ¶¶ 1, 2. But it is highly doubtful that the Oklahoma Supreme Court has had anything to do with this case. Nevertheless, upon consideration of Petitioner's Motion for Extension of Time to File Habeas Corpus Petition, it is hereby ORDERED that the said Motion is GRANTED. Petitioner shall file his petition for a writ of habeas corpus as well as any motion for leave to conduct discovery by January 27, 2023.

DATED this 28th day of November, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE