IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALTON NOLEN, | )<br>) |
| Petitioner, | )<br>) |
| -vs- | )   Case No. CIV-22-272-F<br>) |
| JIM FARRIS, Warden, Oklahoma State Penitentiary, | )<br>)<br>) |
| Respondent. | ) |

## **RECUSAL ORDER**

Pursuant to 28 U.S.C § 455 and Canon 3(C) of the Code of Conduct for United States Judges, the undersigned judge certifies his disqualification to preside in this action and accordingly (i) recuses and (ii) **DIRECTS** the Clerk of Court to return this case to the draw for reassignment.

DATED this 9th day of February, 2023.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0272p007.docx