UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALTON NOLEN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CHRISTE QUICK, Acting Warden, )<br>Oklahoma State Penitentiary, )<br>)<br>Respondent. ) | Case No. CIV-22-272-R |

## ORDER

Before the Court is Respondent's Unopposed Motion for Extension of Time to File Responses to 28 U.S.C. § 2254 Habeas Petition and Motion for Discovery. [Doc. No. 34]. For good cause shown, Respondent's motion is GRANTED.

Respondent may file her responses to Petitioner's habeas corpus petition and motion for discovery on or before April 27, 2023. Petitioner's replies shall be due no later than 45 days following the filing of the response. The parties should note the Court has *sua sponte* extended the deadline for Petitioner's reply in support of his motion for discovery.

Additionally, the Court *sua sponte* extends the deadline for Petitioner's motion for evidentiary hearing, which shall be filed contemporaneously with the filing of the replies as set forth above (or if no replies are filed, within forty-five days of the filing of the responses as set forth above).

IT IS SO ORDERED this 27th day of March 2023.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE