## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALTON NOLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-272-R |
| | ) | |
| CHRISTE QUICK, Warden, | ) | |
| Oklahoma State Penitentiary, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER</u>

Upon consideration, Petitioner's Motion to File Supplemental Brief Following State Court Decision [Doc. 58] is GRANTED. Petitioner may file a supplemental brief within 45 days of the Supreme Court's decision in *Glossip v. Oklahoma*, No. 22-7466.

IT IS SO ORDERED this 30th day of December, 2024.

*David L. Russell*

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**