UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALTON NOLEN, | ) |
| | ) |
|        Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-22-272-R |
| | ) |
| CHRISTE QUICK, | ) |
| | ) |
|        Respondent. | ) |

# ORDER

Before the Court is Respondent's Unopposed Motion to Respond to Petitioner's Supplemental Brief Following State Court Decision [Doc. No. 65]. For good cause shown, the Motion is GRANTED. Respondent may file a supplemental brief no later than May 26, 2025.

IT IS SO ORDERED this 30th day of April, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE